UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARON TIMOTHY STRAUSBAUGH | CIVIL ACTION |
| VERSUS | NO. 21-246 |
| TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX | SECTION: "G"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that all claims raised by Plaintiff Faron Timothy Strausbaugh against the Terrebonne Parish Criminal Justice Complex are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

**NEW ORLEANS, LOUISIANA**, this __13th__ day of May, 2022.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT